UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN M. DWYER, | ) | 3:14-CV-0367-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 3, 2014 |
| | ) | |
| CAROLYN COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff has filed an application to proceed *in forma pauperis* in an action involving judicial review of administrative action by the Secretary of Health and Human Services, denying plaintiff's claim for disability benefits under the Social Security Act.  In his application, plaintiff listed his income as $300 per month in temporary assistance to needy families (#1).  Plaintiff reported no other income or assets and two dependents.  *Id.*  For good cause appearing, plaintiff's request to proceed *in forma pauperis* (#1) is GRANTED.

   IT IS ORDERED that the clerk of the court shall file the complaint.  The movant herein is permitted to maintain this action to conclusion without the necessity of prepayment of fees or costs or the giving of security therefor.  This order granting *in forma pauperis* status shall not extend to the issuance of subpoenas at government expense.

   IT IS FURTHER ORDERED that the clerk of the court shall issue summons to the following:

   Carolyn Colvin, Acting Commissioner
   Social Security Administration
   Office of General Counsel
   Room 611 Almeyer Building
   6401 Security Boulevard
   Baltimore, MD  21235

        U.S. Attorney General
        U.S. Department of Justice
        Ninth and Pennsylvania
        Washington, D.C.  20530

        United States Attorney
        100 W. Liberty Street, #600
        Reno, Nevada 89501

      The clerk shall deliver the summons and sufficient copies of the complaint to the U.S. Marshal for service.  The clerk shall send plaintiff service of process forms (USM-285) for each defendant.  Plaintiff shall have twenty (20) days in which to return to the required forms USM-285 to the U.S. Marshal at 400 S. Virginia Street, 2nd Floor, Reno, Nevada  89501.

      **IT IS SO ORDERED.**

                              LANCE S. WILSON, CLERK

                    By:         /s/
                              Deputy Clerk